UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,   CR 11-2-02 SRN/FLN

    Plaintiff,

v.   ORDER

Kelvin Vasquez,

    Defendant.

_____

    Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 17, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1) Defendant's Motion to Suppress Statements (ECF No. 57) is **DENIED**.

2) Defendant's Motion to Suppress Physical Evidence (ECF No. 58) is **DENIED as moot.**

3) Defendant's Motion to Suppress Identifications (ECF No. 59) is **DENIED as moot**.

DATED: March 4, 2011        s/ Susan Richard Nelson
                                        SUSAN RICHARD NELSON
                                        United States District Judge